# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00281-CV

## In re Patricia Lux Graham

### ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

In this original proceeding, relator Patricia Lux Graham filed a petition for writ of mandamus seeking relief from a temporary restraining order signed by the district court on May 1, 2014 (the TRO), along with an emergency motion to stay the TRO pending our disposition of her mandamus petition. We granted the emergency stay. In the interim, the TRO has expired by its own terms and was not continued either by the parties' agreement or court order, nor has any temporary injunction been issued. Accordingly, we dismiss this proceeding as moot without reaching the merits. Similarly, we express no opinion regarding the merits of the real-party-in-interest's underlying claims or of Graham's defenses, which remain pending in the trial court and can be developed more fully through further proceedings there.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Filed: May 27, 2014